UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PATRICIA DEFILIPPIS,

                              Plaintiff,                          17-CV-6231 (JPO)

              -v-                                                 ORDER

DEUTSCHE INVESTMENT
MANAGEMENT AMERICAS, INC.,

                              Defendant.

J. PAUL OETKEN, District Judge:

        Plaintiff's motion for an informal conference is DENIED.  The dispute relating to

Defendant's subpoena is resolved as follows:  The Court concludes that documents requested

from JP Morgan Chase with respect to Plaintiff's compensation and Plaintiff's reason for

departure from JP Morgan Chase are properly discoverable.  With respect to documents related

to Plaintiff's performance and disciplinary records, the subpoena is hereby quashed.

        The parties' requests for costs and sanctions are denied.

        The Clerk of Court is directed to close the motion at Docket Number 28.

        SO ORDERED.

Dated:  June 22, 2018
        New York, New York

                                        _____
                                               J. PAUL OETKEN
                                           United States District Judge