UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
PATRICIA DEFILIPPIS,

        Plaintiff,

   -against-

DEUTSCHE INVESTMENT
MANAGEMENT AMERICAS, INC.,

        Defendant.
------------------------------------------------------------- X

Case No. 17-cv-6231 (JPO)

**VOLUNTARY STIPULATION OF**
**DISCONTINUANCE WITH PREJUDICE**

Plaintiff Patricia DeFilippis and Defendant Deutsche Investment Management Americas, Inc., by and through their undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate that the above-captioned action shall be dismissed with prejudice, with no award of counsel fees or costs by the Court to any party.

SO STIPULATED AND AGREED:

GISKAN, SOLOTAROFF & ANDERSON, LLP

By _____
Jason Solotaroff

217 Centre Street, 6th Floor, New York, NY 10013
(212) 847-8315
jsolotaroff@gslawny.com

*Attorneys for Plaintiff*

SEYFARTH SHAW LLP

By _____
Cameron Smith

620 Eighth Avenue
New York, New York 10018
(212) 218-5500
casmith@seyfarth.com

*Attorneys for Defendants*

Approved.
So ordered.
Dated: September 12, 2018

_____
J. PAUL OETKEN
United States District Judge

47801441v.1